**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,          ) | CR-06-429-PHX-NVW (LOA) |
|                            )      Plaintiff,          ) | |
|                            )                          ) | **ORDER OF DETENTION** |
| vs.                        )                          ) | |
| Jihad Majid-Ahad,          )                          ) | |
|                            )      Defendant.         ) | |
|                            )                          ) | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on February 25, 2014.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 26th day of February, 2014.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge